### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE PISTILLI** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | 15-784 |
| | : | |
| **UPPER DARBY TOWNSHIP, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

      **AND NOW**, this 13th day of May, 2015, upon consideration of Defendants Upper Darby Township and Detective William McGoldrick's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 8) and Plaintiff Denise Pistilli's Response in Opposition to the Motion of Upper Darby Township and Detective William McGoldrick to Dismiss Amended Complaint Pursuant to FED. R. CIV. P. 12(b) (Doc. 9), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**. Counts One and Two of Plaintiff's Amended Complaint are dismissed with prejudice.

      **IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the appropriate state court. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

      **BY THE COURT:**

      **/s/ Petrese B. Tucker**

      _____
      **Hon. Petrese B. Tucker, C.J.**